IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| MARK MCCLESKEY, TRUSTEE AND INDIANA STATE COUNCIL OF PLASTERERS AND CEMENT MASONS HEALTH AND WELFARE AND PENSION FUNDS,<br><br>Plaintiffs,<br><br>LUCAS STUCCO & EIFS DESIGN, L.L.C., a Missouri corporation,<br><br>Defendant. | )<br>)<br>)<br>) No. 1:10-cv-1561-JMS-MJD<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**AMENDED MOTION FOR ORDER OF JUDGMENT IN SUM CERTAIN**

Plaintiffs, by one of their attorneys, DONALD D. SCHWARTZ and ARNOLD AND KADJAN, pursuant to F.R.C.P. 55, respectfully request this Honorable Court to enter Judgment in favor of Plaintiffs and against Defendant, LUCAS STUCCO & EIFS DESIGN, L.L.C..

In support thereof, Plaintiffs state:

1. This case was filed on December 3, 2010.

2. Defendant was served with a Summons and Complaint by special process server on February 4, 2011 as shown on the return of service previously filed.

3. An order of default was entered against Defendant on April 11, 2011.

4. Per the affidavit of Richard Wolf, defendant owes for the audit period January 1, 2010 through December 31, 2010 for $38,465.46 benefits, $3,846.55 liquidated damages, $1,749.76 penalties and $680.00 audit costs for a total due of $44,656.77.  (Exhibit 1)

5. Per the affidavit of Donald Schwartz, attorney for Plaintiffs, $1,082.50 in legal fees have been incurred in this suit.  (Exhibit 2)

WHEREFORE, Plaintiffs pray for:

1.	Judgment against Defendant in the amount of $45,739.27.

                        Respectfully submitted,

                        Arnold & Kadjan

                        By: s/ Donald D. Schwartz
                            Donald D. Schwartz

                        Attorney for Plaintiffs, Mark McCleskey et. al.

Arnold & Kadjan
19 West Jackson Boulevard
Chicago, Illinois  60604
Telephone: (312) 236-0415

**CERTIFICATE OF SERVICE**

      I hereby certify that on the 6th day of May 2011, a copy of the foregoing Amended Application for Order of Judgment in Sum Certain was filed electronically. The Notice will be sent to the following parties via first class mail, postage prepaid, upon:

      Lucas Stucco & EIFS Design, L.L.C.
      c/o its Registered Agent, Norbert Glassl
      200 North Broadway, Ste. 700
      St. Louis, MO 63102

                                      s/Donald D. Schwartz
                                      Donald D. Schwartz

Donald D. Schwartz
ARNOLD AND KADJAN
19 W. Jackson Blvd., Suite 300
Chicago, IL 60604
(312) 236-0415
Email: dds3662@yahoo.com