IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| MARK MCCLESKEY, TRUSTEE AND INDIANA STATE COUNCIL OF PLASTERERS AND CEMENT MASONS HEALTH AND WELFARE AND PENSION FUNDS,<br><br>Plaintiffs,<br><br>LUCAS STUCCO & EIFS DESIGN, L.L.C.,<br>a Missouri corporation,<br><br>Defendant. | ) ) ) ) ) No. 1:10-cv-1561-JMS-MJD ) ) ) ) ) ) ) ) |

## JUDGMENT

The Court hereby enters FINAL JUDGMENT in favor of Plaintiffs Marck McCleskey, Trustee and Indiana State Council of Plasterers and Cement Masons Health and Welfare and Pension Funds and against Defendant, LUCAS STUCCO & EIFS DESIGN, L.L.C., in the amount of $45,739.27, inclusive of reasonable attorney fees and costs, pursuant to 29 U.S.C. § 1132(g)(2).

Dated: 05/25/2011

*[signature]*

Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

Copies to all
counsel of record
electronically
registered.